| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Constantine, Katherine A. | 2. Court or Organization<br><br>Minnesota Bankruptcy Court | 3. Date of Report<br><br>05/05/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>US Bankruptcy Court Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination      Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>Suite 206<br>316 No Robert Street<br>St Paul MN 55101 | | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Conservator/Guardian Payee | Twin City Federal Account #1 |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013/2014 | Dorsey & Whitney LLP (former law firm) Retirement Payment Agreement, fixed payments/no control |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/05/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2019 | Dorsey & Whitney LLP-retirement and pension | $57,558.96 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | October 30-November 2, 2019 | Washington, D.C. | meetings and educational programs | partial lodging |
| 2. | In-Court Seminar | May 29-31, 2019 | Tofte, MN | meetings and educational programs | travel, food, lodging |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/05/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Constantine, Katherine A.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Brokerage #1 (H) | | | | | | | | | |
| 2. USB Dep Acct (Money Market) | A | Interest | J | T | | | | | |
| 3. At & T (pfd) | | None | J | T | Buy | 12/27/19 | J | | See part VIII |
| 4. Blackrock Enhanced Eq Div Tr (ETF) | B | Dividend | K | T | Buy | 04/11/19 | K | | |
| 5. FT-Preferred Secur & Inc (ETF) | A | Dividend | | | Sold | 07/18/19 | K | | |
| 6. Global X Fd NASDAQ 100 Covered Call (ETF) | A | Dividend | | | Sold | 01/25/19 | K | | |
| 7. Invesco | A | Dividend | K | T | Sold (part) | 07/18/19 | K | | |
| 8. IShares Broad USD Invt Grd | A | Dividend | K | T | Buy | 08/23/19 | K | | |
| 9. Pimco Energy & Tactical Cr Opport (ETF) | A | Dividend | | | Buy | 01/30/19 | K | | |
| 10. | | | | | Sold | 08/23/19 | K | | |
| 11. Select Sector Spdr Tr Utilities Sector (Index Fd) | A | Dividend | K | T | | | | | |
| 12. Southern Co. (common) | A | Dividend | | | Sold | 12/27/19 | K | D | |
| 13. Target (common) | A | Dividend | K | T | | | | | |
| 14. Xcel Energy (common ) | A | Dividend | K | T | | | | | |
| 15. Fridley MN GO (Bond) | A | Interest | K | T | | | | | |
| 16. MN Hsg Pub Svc Rev (Bond) | A | Interest | K | T | | | | | |
| 17. Mpls MN Library GO (Bond) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Mpls MN Spl Sch Dist GO (Bond) | A | Interest | K | T | | | | | |
| 19. MN St GO Various Purp GO (Bond) | A | Interest | K | T | | | | | |
| 20. MN Hsg Res Rev (Bond) | A | Interest | J | T | Redeemed (part) | 12/02/19 | J | | |
| 21. U S Treasury Note (Bond) | A | Interest | | | Redeemed | 04/15/19 | L | A | |
| 22. | | | | | | | | | |
| 23. Brokerage #2 (H) | | | | | | | | | |
| 24. UBS RMA Gov't Money Mkt Fd-cash equivalent account | A | Interest | J | T | | | | | |
| 25. Invesco Diversified Divs (Mutual Fd) | B | Dividend | K | T | Buy (add'l) | 05/28/19 | J | | |
| 26. (Metropolitan West Ttl Retrn (Mutual Fd) | A | Dividend | K | T | | | | | |
| 27. Anoka Cnty MN GO (Bond) | A | Interest | K | T | | | | | |
| 28. | | | | | | | | | |
| 29. Brokerage #3 (H) | | | | | | | | | |
| 30. UBS USA Deposit (money market)-cash equivalent account | A | Interest | J | T | | | | | |
| 31. Adobe Systems (common) | | None | K | T | | | | | See part VIII |
| 32. Alphabet FKA Google (common) | | None | K | T | | | | | See part VIII |
| 33. Amazon (common) | | None | K | T | | | | | See part VIII |
| 34. Apple (common) | A | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AT&T 5.625% (pfd) | B | Dividend | K | T | | | | | |
| 36. Broadcom Inc | B | Dividend | K | T | | | | | |
| 37. Costco Wholesale (common) | A | Dividend | K | T | | | | | |
| 38. Donaldson Co (common) | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 39. DTE Energy (pfd) | A | Interest | K | T | Buy | 02/19/19 | K | | |
| 40. Dunkin Brands Grp | A | Dividend | K | T | Buy | 01/07/19 | K | | |
| 41. Home Depot (common) | A | Dividend | K | T | | | | | |
| 42. Ishares IBonds 2022 (ETF) | A | Dividend | K | T | Sold (part) | 05/22/19 | J | | |
| 43. Ishares Core S&P Small Cap ETF | A | Dividend | K | T | Buy | 02/04/19 | K | | |
| 44. | | | | | Buy (add'l) | 05/22/19 | J | | |
| 45. Ishares Natl Muni Bd (ETF) | A | Dividend | K | T | Buy (add'l) | 02/04/19 | J | | |
| 46. | | | | | Buy (add'l) | 04/09/19 | J | | |
| 47. Microsoft | A | Dividend | K | T | | | | | |
| 48. US Bancorp (pfd) | | None | | | Sold | 02/12/19 | J | A | See part VIII |
| 49. | | | | | | | | | |
| 50. Brokerage #4 (H) Moved to Brokerage #7 | | | | | | | | | |
| 51. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Constantine, Katherine A.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Brokerage #5 (H) | | | | | | | | | |
| 53. UBS Bank USA Dep Acct (money mkt fd)- cash equivalent account | A | Interest | J | T | | | | | |
| 54. Blackrock Eq Div Tr (ETF) | B | Dividend | K | T | | | | | |
| 55. Brighthouse Shield (Annuity) - ability only to select asset allocation | | None | M | T | | | | | See part VIII |
| 56. Duke Energy New (pfd) | A | Interest | K | T | Buy | 08/23/19 | K | | |
| 57. MN Hsg Pub Human Svc (Bond) | A | Interest | K | T | | | | | |
| 58. U S Treasury Note (Bond) | A | Interest | | | Sold | 04/30/19 | K | | |
| 59. Verizon Communications (common) | A | Dividend | K | T | | | | | |
| 60. Xcel Energy (common) | A | Dividend | K | T | | | | | |
| 61. | | | | | | | | | |
| 62. Brokerage Acct #7 (H) | | | | | | | | | |
| 63. UBS Bank USA Dep Acct (money mkt fd) - cash eqivalent account | A | Interest | K | T | | | | | |
| 64. Amazon (common) | | None | K | T | Buy | 05/28/19 | K | | See part VIII |
| 65. Amer Fds Euro Pac Gr (mutual fund) | | None | | | Sold | 05/28/19 | K | C | See part VIII |
| 66. Apple Inc | A | Dividend | L | T | Buy (add'l) | 02/05/19 | K | | |
| 67. AT &T (common) | B | Dividend | L | T | Buy | 02/05/19 | K | | |
| 68. | | | | | Buy (add'l) | 04/11/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Constantine, Katherine A.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Conestoga Small Cap Fd (mutual fund) | A | Dividend | K | T | Buy | 07/11/19 | K | | |
| 70. Dodge & Cox Fund Int'l Stock (mutual fund) Class F | D | Dividend | L | T | | | | | |
| 71. Dodge & Cox Income (mutual fund) Class I | C | Dividend | M | T | | | | | |
| 72. Duke Energy 5.625% (pfd) | A | Interest | K | T | Buy | 08/23/19 | K | | |
| 73. Fidelity Int'l (mutual Fd) | A | Dividend | K | T | | | | | |
| 74. Fidelity New Insights (cl i mutual fund) | D | Dividend | M | T | | | | | |
| 75. First Trust Pfd Income Fd (ETF) | A | Dividend | | | Sold | 08/23/19 | K | A | |
| 76. First Trust Exchange Fd (mutual fund) | A | Dividend | K | T | | | | | |
| 77. Global X Fd | A | Dividend | | | Sold | 02/05/19 | K | | |
| 78. IShares Core S & P MidCap (ETF) | A | Dividend | L | T | Buy (add'l) | 04/11/19 | K | | |
| 79. IShares Russell 1000 Gr (ETF) | A | Dividend | L | T | | | | | |
| 80. IShares Russell 1000 Value (ETF) | C | Dividend | M | T | | | | | |
| 81. IShares S&P Sm Cap 600 (ETF) | B | Dividend | L | T | | | | | |
| 82. Mairs & Power Fd Sm Cap Fd (mutual fund) | | None | | | Sold | 07/11/19 | K | C | See part VIII |
| 83. Metropolitan West Total Return Bond (mutual fund) | D | Dividend | M | T | | | | | |
| 84. Putnam Equity Income Fd (mutual fund) | B | Dividend | L | T | Buy | 07/11/19 | K | | |
| 85. | | | | | Buy (add'l) | 12/27/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | T Rowe Price Gr Stk (mutual fund) | D | Dividend | M | T | | | | | |
| 87. | The Hartford Midcap Fd (mutual fund) | | None | | | Sold | 04/11/19 | K | | See part VIII |
| 88. | Vanguard Total Bond Market (ETF) | B | Dividend | L | T | | | | | |
| 89. | Vanguard Admiral S&P MidCap400 Index (ETF) | A | Dividend | K | T | | | | | |
| 90. | Vanguard Admiral S&P Sm Cap 600 Index (ETF) | A | Dividend | K | T | | | | | |
| 91. | Vanguard IntDiv Appr Index (ETF) | A | Dividend | K | T | | | | | |
| 92. | Wisdom Tree US MidkCap Div (ETF) | A | Dividend | K | T | | | | | See part VIII |
| 93. | GE Cap Retrail Bk Utah (C.D.) | B | Interest | | | Redeemed | 11/22/19 | K | | |
| 94. | GE Cap Retail Bk Draper Utah(C.D.) | B | Interest | L | T | | | | | |
| 95. | Goldman Sachs Bk USA NY (C.D.) | B | Interest | L | T | | | | | |
| 96. | AT & T unsecured OID (pfd) | B | Interest | K | T | | | | | |
| 97. | AXA Variable Annuity - ability only to select asset allocation | | None | M | T | | | | | See part VIII |
| 98. | | | | | | | | | | |
| 99. | Brokerage #8 (H) | | | | | | | | | |
| 100. | UBS Bank USA Deposit Acct (money mkt) - cash equivalent account | A | Interest | J | T | | | | | |
| 101. | Amazon (common) | | None | K | T | | | | | See part VIII |
| 102. | Amer Fds Euro Pac Gr (cl f-2 mutual fund) | B | Dividend | L | T | Distributed (part) | 05/30/19 | J | | See part VIII |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Constantine, Katherine A.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  AT&T 5.625% (pfd) | B | Dividend | K | T | Buy | 01/25/19 | K | | |
| 104.  Chevron Corp (common) | A | Dividend | K | T | Buy | 08/23/19 | K | | |
| 105.  Consetoga Small Cap Fund (mutual fund) | B | Dividend | L | T | Buy | 05/28/19 | K | | |
| 106.  Costco (common) | A | Dividend | K | T | Buy | 08/23/19 | K | | |
| 107.  Dodge & Cox Income Fd (mutual fd) | C | Dividend | L | T | | | | | |
| 108.  Duke Energy New 5.625% (pfd) | A | Interest | K | T | Buy | 08/23/19 | K | | |
| 109.  Dunkin Brands (common) | A | Dividend | K | T | | | | | |
| 110.  Etsy, Inc (common) | | None | K | T | Buy | 01/25/19 | K | | See Part VIII |
| 111.  Fidelity New Insights (mutual fund) | D | Dividend | M | T | Distributed (part) | 05/30/19 | J | | See Part VIII |
| 112.  First Trust Pfd Inc (ETF) | B | Dividend | | | Sold | 08/23/19 | K | | |
| 113.  Ford (common) | A | Dividend | | | Sold | 06/05/19 | K | | |
| 114.  Fundamental Invs (mutual fund) | D | Dividend | L | T | Sold (part) | 01/25/19 | J | C | |
| 115. | | | | | Distributed (part) | 05/30/19 | J | | See part VIII |
| 116.  Ishares Biotechnology (ETF) | A | Dividend | K | T | Sold (part) | 08/23/19 | J | A | |
| 117.  Ishares Russell Mid Cap Gr (ETF) | A | Dividend | K | T | Distributed (part) | 05/30/19 | J | | See part VIII |
| 118.  Ishares MSCI Switz Capped (ETF) | A | Dividend | K | T | | | | | |
| 119.  Invesco Fin'l Pfd (ETF) | B | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mairs & Pwr Small Cap Fd (mutual fund) | C | Dividend | | | Sold | 05/28/19 | L | C | |
| 121. Mairs & Powers Growth Fd (mutual fd) | C | Dividend | | | Sold | 05/28/19 | K | | |
| 122. Metropolitan West Total Return Bond (mutual fund) | C | Dividend | L | T | | | | | |
| 123. MFS Growth (mutual fund) | B | Dividend | K | T | | | | | |
| 124. Parnassus Mid Cap (mutual fd) | B | Dividend | K | T | Sold (part) | 01/25/19 | J | | |
| 125. Polen Growth Fd (mutual fund) | A | Dividend | L | T | Buy | 05/28/19 | K | | |
| 126. Royal Dutch (ADR) | A | Dividend | | | Sold | 08/23/19 | K | | |
| 127. Square Inc (common) | | None | K | T | | | | | See part VIII |
| 128. Vanguard Admiral Small Cap Fd (mutual fund) | A | Dividend | K | T | Distributed (part) | 05/30/19 | J | | See part VIII |
| 129. Vanguard Admiral Mid Cap 400 Fd (mutual fund) | A | Dividend | K | T | | | | | |
| 130. Vanguard Div Appr (ETF) | A | Dividend | K | T | | | | | |
| 131. Xcel Energy (common) | B | Dividend | L | T | | | | | |
| 132. | | | | | | | | | |
| 133. | | | | | | | | | |
| 134. Brokerage Account #10 (H) | | | | | | | | | |
| 135. UBS Bank USA Deposit Acct (Money Mkt) - cash equivalent account | A | Interest | K | T | | | | | |
| 136. Ally Bank Utah (C.D.) | A | Int./Div. | K | T | Buy | 04/11/19 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Redeemed (part) | 07/18/19 | K | | |
| 138. AT&T (pfd) | A | Dividend | K | T | Buy | 04/24/19 | K | | |
| 139. Goldman Sach Bk Retail (C.D.) | A | Interest | | | Redeemed | 06/20/19 | K | | |
| 140. Southern Company 6.25% (pfd) | A | Dividend | | | Buy | 04/24/19 | K | | |
| 141. | | | | | Sold | 12/27/19 | K | | |
| 142. Suntrust Bank Atlanta GA (C.D.) | | None | K | T | Buy | 08/23/19 | K | | See part VIII |
| 143. TBK Bank SSB TX (C.D.) | | None | L | T | Buy | 07/22/19 | K | | See part VIII |
| 144. US Treas Note 1.5% (Treas) | A | Interest | | | Redeemed | 02/28/19 | K | | |
| 145. U S Treas Note 3.125% (Treas) | A | Interest | | | Redeemed | 05/15/19 | K | A | |
| 146. U S Treas Note .875% (Treas) | A | Interest | | | Buy | 01/25/19 | L | | |
| 147. | | | | | Redeemed | 04/15/19 | L | A | |
| 148. | | | | | | | | | |
| 149. Brokerage Account #11 (H) | | | | | | | | | |
| 150. UBS Bank USA Bank Deposit (money market) - cash equivalent account | A | Dividend | J | T | Open | 05/30/19 | J | | See part VIII |
| 151. Amer Fd Euro Pacific Gr Fd (mutual fund)_= | A | Dividend | J | T | Open | 05/30/19 | J | | See part VIII |
| 152. Fundamental Investors (mutual fd) | A | Dividend | J | T | Open | 05/30/19 | J | | See part VIII |
| 153. Fidelity New Insights (mutual fd) | A | Dividend | J | T | Open | 05/30/19 | J | | See part VIII |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Constantine, Katherine A.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  Ishares Mid Cap Gr (ETF) | A | Dividend | J | T | Open | 05/30/19 | J | | See part VIII |
| 155.  Vanguard S&P Sm Cap 600 (ETF) | A | Dividend | J | T | Open | 05/30/19 | J | | See part VIII |
| 156. | | | | | | | | | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159.  Trust #1 (H) | | | | | | | | | |
| 160.  UBS Bank USA Bank Deposist (money mkt) - cash equivalent account | A | Interest | J | T | | | | | |
| 161.  Blackrock Enhanced Eq Div Tr (ETF) | A | Dividend | J | T | | | | | |
| 162. | | | | | | | | | |
| 163.  Twin City Federal Account #1(conservator/ Guardian | | None | J | T | | | | | |
| 164. | | | | | | | | | |
| 165.  Computershare Holdings (H) | | | | | | | | | |
| 166.  Discover Financial Svcs (comon) | A | Dividend | J | T | | | | | |
| 167.  Sears Holding Corp (common) | | None | J | T | | | | | |
| 168.  Sears Canada (common) | | None | J | T | | | | | |
| 169.  Lands End (common) | | None | J | T | | | | | |
| 170.  Advansix Inc (common) | | None | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Constantine, Katherine A.** | 05/05/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | | | | | |
| 172.  Shareowner Online Holdings (H) | | | | | | | | | |
| 173.  Honeywell Int'l (common | A | Dividend | J | T | | | | | |
| 174.  Allstate Corp (common) | A | Dividend | K | T | | | | | |
| 175.  Resideo Tech (common) | | None | J | T | | | | | |
| 176.  Garrett Motion Inc (common) | | None | J | T | | | | | |
| 177. | | | | | | | | | |
| 178.  Broadridge (H) | | | | | | | | | |
| 179.  Morgan Stanley (common) | A | Dividend | J | T | | | | | |
| 180. | | | | | | | | | |
| 181.  U.S. Bank N.A. Accts (cash & CD's) | A | Interest | M | T | | | | | |
| 182. | | | | | | | | | |
| 183.  Twin City Federal Acct (Cash) | | None | K | T | | | | | |
| 184. | | | | | | | | | |
| 185. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Line 3, At& T pfd - No income rec'd during reporting period

Line 31, Adobe Systems  - No income received during reporting period

Line 32, Alphabet - No income rec'd during reporting period

Line 33, Amazon - No income rec'd during reporting period

Line 48, US Bancorp pfd - No income rec'd during reporting period

Line 55, Brighthouse Shield Annuity -  This annuity is invested in a model portfolio that is 34% S&P 500 index, 33% MSCI EAFE index and 33% Russell 2000 index.  I am only able to select these asset allocation indexes at the time of purchase.

Line 64, Amazon - No income rec'd during reporting period

Line 65, Amer Fd Euro Pacific Gr Fd - No income rec'd during reporting period

Line 82, Mairs and  Powers - no income rec'd during reporting period

Line 87, Hartford Fund - no income rec'd during reporting period

Line 92, Wisdome Tree ETF - reported income as a distribution in previous reporting period, should be reported as dividends

Line 97, AXA Annuity, This annuity is invested in a model portfolio that has 50% moderate allocation and 50% conservative allocation. I am only able to select the asset allocation model, the annuity company makes all investment decisions without consulting me.

Line 101, Amazon - No income rec'd during reporting period

Line 102, Amer Fds Euro Pacific Gr Fd - Some shares were moved to Account #11

Line 110, Etsy Inc - No income rec'd during reporting period

Line #111, Fidelity New Insights - Some shares were moved to Account #11

Line #115, Fundamental Investors Fd - Some shares were moved to Account #11

Line 117, Ishares Russell Mid Cap ETF - Some shares were moved to Account #11

Line 127, Square - No income rec'd during reporting period

Line 128, Vanguard S&P Small Cap 600 ETF - Some shares were moved to Account #11

Line 142, Suntrust Bk Atlanta GA C.D. - No Income received during reporting period

Line 143, TBK Bank SSB TX C.D.- No income receive during reporting period
.
Lines 151 - 156 Some securities were transferred  from Account #8 to Account #11

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/05/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Constantine, Katherine A. | 05/05/2020 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Katherine A. Constantine**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544